**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-7076**

———————

In Re:  MARION EDWARD PEARSON, JR.,

                                              Petitioner.

———————

On Petition for Writ of Mandamus.  (1:06-cv-00069)

———————

Submitted:  October 11, 2007        Decided:  October 17, 2007

———————

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Petition denied by unpublished per curiam opinion.

———————

Marion Edward Pearson, Jr., Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marion Edward Pearson, Jr., petitions for a writ of mandamus, alleging the district court has unduly delayed acting on a motion for summary judgment and a motion for judgment on the pleadings that he filed in his 28 U.S.C. § 2254 (2000) proceeding. He seeks an order from this court directing the district court to act. We find there has been no undue delay in the district court. Accordingly, although we grant leave to proceed in forma pauperis, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED